IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL BONACCI**                                                                                   **PLAINTIFF**

v.                                          **Case No. 4:21-cv-00405-KGB**

**SANTANDER CONSUMER USA INC.**                                                      **DEFENDANT**

**ORDER**

    Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 4). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

    So ordered this 30th day of August, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge